IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Ex rel. [UNDER SEAL], | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. PX-15-3591 |
| | * | FILED UNDER SEAL |
| [UNDER SEAL] | * | |
| | * | |
| | * | DO NOT PLACE IN PRESS BOX |
| Defendants. | * | DO NOT ENTER IN PACER |
| | * | |
| | * | |

\* \* \* \* \*\*\* \* \* \* \*

## FILED UNDER SEAL

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| Ex rel. KAREN FULTON, | * | CIV. NO. PX-15-3591 |
| STATE OF MARYLAND & | * | FILED UNDER SEAL |
| THE DISTRICT OF COLUMBIA, | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| | * | DO NOT PLACE IN PRESS BOX |
| CVR MANAGEMENT, LLC. & | * | DO NOT ENTER IN PACER |
| CENTER FOR VASCULAR MEDICINE | * | |
| LLC., | * | |
| Defendants | * | |
| | * | |
| | * | |

\* \* \* \* \*\*\* \* \* \* \*

USDC-BALTIMORE
'26 FEB 26 PM2:55

**UNITED STATES' AND THE NAMED STATE'S AND TERRITORY'S NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE INTERVENING IN PART AND REQUEST TO UNSEAL**

Pursuant to 31 U.S.C. § 3730(b)(2) and (4), Plaintiff the United States of America and the Named State and the District of Columbia hereby notify the Court of their decision to intervene in part in this action for purposes of settlement. The United States, the Relator, Karen Fulton, (hereinafter, "Relator"), and Defendants CVR Management, LLC and the Center for Vascular Medicine, LLC (collectively, "Settling Defendants"), have executed a settlement agreement dated February 26, 2026 ("Settlement Agreement"). The Named State and the District of Columbia have also executed settlement agreements with the Settling Defendants.

1

The United States and the Named State and the District of Columbia intervene as to the Covered Conduct, as that term is defined in the federal Settlement Agreement and Medicaid States agreement, which agreements are not attached herewith.  The United States and the Named State and the District of Columbia decline to intervene as to all other claims, defendants and time periods of conduct alleged in the Relator's Complaint.

Pursuant to the terms of the Settlement Agreement, the United States, with the consent of Relator, will promptly sign and file a Notice of Dismissal pursuant to 31 U.S.C. § 3730(b)(1) and Federal Rule of Civil Procedure 41(a)(1)(A)(i) upon receipt of payment from the Settling Defendants.

In addition to notifying the Court of its partial intervention in this action for purposes of settlement, the United States also requests that the Relator's Complaint, this Notice, and the attached proposed Order **be unsealed by March 4, 2026.**

The United States requests that, except as previously ordered by the Court, all other papers on file in this action remain under seal because in discussing the context and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

2

Respectfully submitted,

KELLY O. HAYES
United States Attorney

By: _____

*Digitally signed by TARRA DESHIELDS-MINNIS*
*Date: 2026.02.26 14:05:28 -05'00'*

TARRA DeSHIELDS (Bar No. 07749)
Assistant United States Attorney
Office of the United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland  21201
Tel: (410) 209-4800
*Counsel for the United States*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2026, a copy of the foregoing United States's and the Named State and Territory's Notice of Election to Intervene in Part for Purposes of Settlement and Declining to Intervene in Part was sent by electronic mail to:

Veronica Nannis, Esq.
Jay Hollander, Esq.
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD. 20770
Ph: (301) 220-2200
*Attorneys for Relator*

Given that this matter is still under seal, counsel for the defendants have not yet been served with a copy of this Notice but will be once the case is unsealed.

_____

*Digitally signed by TARRA DESHIELDS-MINNIS*
*Date: 2026.02.26 14:05:55 -05'00'*

TARRA DeSHIELDS
Assistant United States Attorney

3