## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAREN FULTON, STATE OF MARYLAND & DISTRICT OF COLUMBIA, | |
| *Plaintiffs*, | Civil Action No. PX-15-3591 |
| v. | |
| CVR MANAGEMENT, LLC, *et al.*, | |
| *Defendants*. | |
| UNITED STATES OF AMERICA *ex rel.* JANE DOE, STATES OF CONNECTICUT, FLORIDA, INDIANA, MARYLAND, MICHIGAN, NEW JERSEY, NEW YORK, VIRGINIA, & DISTRICT OF COLUMBIA | |
| *Plaintiffs*, | Civil Action No. PX-20-1943 |
| v. | |
| CENTER FOR VEIN RESTORATION, LLC, *et al.*, | |
| *Defendants*. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States and the Relators, Karen Fulton and Jane Doe ("Relators"), stipulate to the dismissal of all claims in the above-captioned actions, as outlined below, brought by the Relators under the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. §§ 3729-3733, on behalf of the United States, subject to the terms and conditions of a settlement agreement among the United States, Relators, and the named Defendants

1

(collectively, "Settling Defendants"), which was effective on February 25, 2026.    More specifically, pursuant to the Settlement Agreement, the dismissal is as follows:

1.   The dismissal shall be with prejudice as to the claims of the United States arising from the Covered Conduct as defined in the Settlement Agreement, and without prejudice as to the United Stated as to any other claims against Defendants;

2.   The dismissal shall be with prejudice as to Relator Karen Fulton as to all claims against the Defendants to include claims for reasonable attorneys' fees and costs under 31 U.S.C. § 3730(d); and

3.   The dismissal shall be with prejudice as to Relator Jane Doe as to all claims against the Defendants to include claims for reasonable attorneys' fees and costs under 31 U.S.C. § 3730(d).

A proposed Order accompanies this notice.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

By:    ____/s/_____
TARRA DeSHIELDS (Bar No. 07749)
Assistant United States Attorney
Office of the United States Attorney
36 South Charles St., 4th Floor
Baltimore, MD 21201
Tel: (410) 209-4800
*Counsel for the United States*

By:    _____
JAY HOLLAND, Esq. (Bar No. 06015)
VERONICA NANNIS, Esq. (Bar No. 15679)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200
*Counsel for Relator Karen Fulton*

2

By:   /s/ David J. Caputo
DAVID CAPUTO, Esq. (PA Bar No, 79317)*
Youman & Caputo, LLC
Two Logan Square
100-120 N. 18th Street, Suite 1925
Philadelphia, Pennsylvania 19103
(610) 808-1772
*Counsel for Relator Jane Doe*
 * Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2026 a copy of the foregoing Joint Stipulation of Dismissal was served via the Court's CM/ECF noticing system on all parties of record and also electronically mailed to James R. Ravitz, Esq., McDermott, Will & Schulte, LLP, 500 North Capitol Street NW, Washington, D.C. 20001 and Laura McLane, Esq., McDermott Will & Schulte, LLP, 200 Clarendon Street, Floor 58, Boston, Massachusetts 02116.

/s/
Tarra DeShields
Assistant United States Attorney

3